UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MATTHEW P. LOBOEN and AMANDA
LOBOEN,

                        Plaintiffs,

v.                                                              ORDER

IGOR KVITNITSKY and VFS CANADA INC.,     24-cv-07698-PMH

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within ninety (90) days of this Order. Any application to reopen filed after ninety (90) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
         November 21, 2025

                                                                     _____
                                                                     Philip M. Halpern
                                                                     United States District Judge